IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN STORES PROPERTIES, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 05-1461 |
| | : | |
| v. | : | |
| | : | |
| SPOTTS, STEVENS & MCCOY, INC., et al., | : | |
| | : | |
| Defendants. | : | |

FILED
AUG 13 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 13th day of August, 2009, upon consideration of the Defendant High's Motion for Summary Judgment (Doc. No. 148), it is hereby ORDERED that Defendant's Motion for Summary Judgment is DENIED.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.