IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN STORES PROPERTIES, INC., | : | CIVIL ACTION |
| | : | |
| | : | NO. 05-1461 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SPOTTS, STEVENS & MCCOY, INC., et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this 13th day of August, 2009, upon consideration of Defendant Timothy E. Debes' Motion to Dismiss (Doc. No. 40), it is hereby ORDERED as follows:

1. Defendant's Motion to Dismiss is GRANTED as to Counts III and IV of the Amended Complaint;

2. Pursuant to the Court's Opinions in this case filed on this date, Plaintiff may file an Amended Complaint consistent with the Opinions.

BY THE COURT:

s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.